# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0259.  RICHARD J. ROSIAK v. YP, LLC.

Richard J. Rosiak filed a notice of appeal from the trial court's order denying his motion to dismiss.  However, we lack jurisdiction.

The order at issue is interlocutory in nature.  See *MNM 5 v. Anderson/6438 Northeast Partners, Ltd.*, 215 Ga. App. 407, 408 (1) (451 SE2d 788) (1994) (denial of a motion to dismiss is an interlocutory ruling).  "A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure . . ., which includes obtaining a certificate of immediate review from the trial court." *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); see also OCGA § 5-6-34 (b).  Rosiak's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over his appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,  09/17/2018

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.